Exhibit A

**GM FINANCIAL** $21,989

**11** late payments    Balance updated **Mar 24, 2025**

### Account info

| | | | |
|---|---|---|---|
| Account name | GM FINANCIAL | Balance | $21,989 |
| Account number | 111065XXXXXX | Balance updated | Mar 24, 2025 |
| Original creditor | - | Original balance | $27,502 |
| Company sold | - | Paid off | 20% |
| Account type | Auto Loan | Monthly payment | $618 |
| Date opened | Nov 08, 2022 | Last Payment Date | Mar 20, 2025 |
| Open/closed | Open | Terms | 74 Months |
| Status | Open. | Responsibility | Individual |
| Status updated | Nov 2024 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | 30 | ✓ | 30 | ✓ | ✓ |
| 2023 | ✓ | 30 | 60 | 30 | 60 | ✓ | ✓ | 30 | ✓ | 30 | 30 | 60 |
| 2022 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met    30 Past due 30 days    60 Past due 60 days

- Data Unavailable

### Contact info

Address: PO BOX 181145
ARLINGTON, TX 76096

Phone number: (800) 284-2271

### Comments