**gm FINANCIAL**

Exhibit B

# ONLINE PAYMENT HISTORY

2018
## JEEP GRAND CHEROKEE

VIEW MORE

Note: Below are all the MyAccount payments you've made. Payments that may have later been returned or declined will still be displayed. Payments made over the phone, by mail, through Western Union or MoneyGram, or using My GM Rewards points will not be displayed.

## 2025

| APRIL 21 | PROCESSED | $397.10 | *****9590 |
| MARCH 20 | PROCESSED | $849.00 | *****9590 |
| FEBRUARY 19 | PROCESSED | $623.05 | *****9590 |
| JANUARY 23 | PROCESSED | $623.05 | *****9590 |

## 2024

| DECEMBER 23 | PROCESSED | $623.05 | *****9590 |

| NOVEMBER 22 | PROCESSED | $1,246.10 | *****9590 |
|---|---|---|---|
| SEPTEMBER 20 | PROCESSED | $1,245.46 | *****9590 |
| JULY 18 | PROCESSED | $13.00 | *****9590 |
| MAY 15 | PROCESSED | $623.05 | *****9590 |
| APRIL 11 | PROCESSED | $623.05 | *****9590 |
| MARCH 15 | PROCESSED | $623.05 | *****9590 |
| FEBRUARY 21 | PROCESSED | $623.05 | *****9590 |

## 2023

| DECEMBER 28 | PROCESSED | $1,868.20 | *****9590 |
|---|---|---|---|
| NOVEMBER 8 | PROCESSED | $619.00 | *****9590 |
| SEPTEMBER 23 | PROCESSED | $1,045.45 | *****9590 |
| AUGUST 31 | PROCESSED | $205.00 | *****1162 |
| JUNE 20 | PROCESSED | $2,844.50 | *****3374 |
| APRIL 5 | PROCESSED | $1,010.00 | *****1162 |
| FEBRUARY 22 | PROCESSED | $251.10 | *****9590 |

## 2022