I and O diabetes consultants LLC • 230 MITCHELL ST SUITE B, MILLSBORO DE 19966-0121
VERLUS, Kenny (id #2642, dob: 10/07/1988)

I & O DIABETES CONSULTANTS
230 MITCHELL ST SUITE B
MILLSBORO, DE 19966-0121
Phone: (302) 853-0268, Fax: (833) 875-0113

Date: 04/29/2025

Dear Kenny Verlus,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: MIESHIA S. CLARK, NP, S

# Patient Care Summary for Kenny Verlus

## Most Recent Encounter
04/29/2025 Mieshia Staples Clark: 230 Mitchell St Suite B, Millsboro, DE 19966-0121, Ph. tel:+1-302-8530268

## Reason for Visit
anxiety
New Client-Stress, Anxiety, Depression

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
1. Emotional stress
2. Moderate major depression
3. Anxiety
 • anxiety disorder: care instructions
 • learning about anxiety disorders

Discussion Note: None recorded.

## Plan of Care
**Reminders**                                                                                    **Provider**

| | | |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |

I and O diabetes consultants LLC • 230 MITCHELL ST SUITE B, MILLSBORO DE 19966-0121
VERLUS, Kenny (id #2642, dob: 10/07/1988)

| Reminders | | Provider |
|---|---|---|
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule TAKE 1 CAPSULE BY MOUTH ONE TIME PER WEEK | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Body Surface Area |
|---|---|---|---|
| 5 ft 10 in | 160 lbs | 22.96 kg/m2 | 1.64 m² |

## Results
### Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| 1191 | RxNorm | Aspirin | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Vitamin D Deficiency | Active | 04/29/2025 | |

## Procedures

Notes: denies surgical hx

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

Notes: declines vaccines

## Tobacco Smoking Status

| Tobacco Smoking Status | Never Smoker |
|---|---|

## Past Encounters

5/2/25, 2:55 PM                                                  Patient Portal - health > care summaries

I and O diabetes consultants LLC • 230 MITCHELL ST SUITE B, MILLSBORO DE 19966-0121
VERLUS, Kenny (id #2642, dob: 10/07/1988)

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 04/29/2025 | Emotional Stress; Moderate Major Depression; Anxiety | Mieshia Staples Clark, NP, S: 230 Mitchell St Suite B, Millsboro, DE 19966-0121, Ph. (302) 853-0268 |

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
| DOB: | 10/07/1988 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Never Married |

Contact:            20 Walden Square Rd Apt 511, Cambridge, MA 02140-3402, Ph. tel:+1-857-2850915

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.